AARON KAUFMANN, Bar No. 148580
akaufmann@leonardcarder.com
XOCHITL LOPEZ, Bar No. 284909
xlopez@leonardcarder.com
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone:    510.272.0169
Facsimile:    510.272.0174

Attorneys for Plaintiffs
SELAMA WIT EMBAYE, MARK CORREA, THOMAS MITCHELL, SANDRA PEREIRA, YOLANDA SHIHEIBER and ENREE SMITH

LINDBERGH PORTER, Bar No. 100091
lporter@littler.com
MARY D. WALSH, Bar No. 197039
mdwalsh@littler.com
LISA K. HORGAN, Bar No. 267632
lhorgan@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California  94108.2693
Telephone:    415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendant
ESA MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELAMA WIT EMBAYE, MARK CORREA, THOMAS MITCHELL, SANDRA PEREIRA, YOLANDA SHIHEIBER, and ENREE SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>ESA MANAGEMENT, LLC (DBA "EXTENDED STAY AMERICA" and "EXTENDED STAY HOTELS"), and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No.  CV 14-03732 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Edward M. Chen<br>Courtroom 5, 17th Floor |

JOINT STIP AND [PROPOSED] ORDER CONTINUING CMC

(Case No. CV 14-03732 EMC)

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Plaintiffs Selama Wit Embaye, Mark Correa, Thomas Mitchell, Sandra Pereira, Yolanda Shiheiber, and Enree Smith ("Plaintiffs") and Defendant ESA Management, LLC ("Defendant"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, after removal, the Court scheduled an Initial Case Management Conference ("CMC") for November 18, 2014, at 10:00 a.m.;

WHEREAS, after this matter was reassigned to Judge Edward M. Chen, the Court rescheduled the CMC to November 20, 2014, at 9:30 a.m.;

WHEREAS, lead counsel is ordered to appear to the initial Case Management Conference, pursuant to Civil Local Rule 16-10;

WHEREAS, lead counsel for Defendant is unavailable on November 20, 2014;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their respective attorneys of record that the November 20, 2014 CMC be continued to December 4, 2014, or December 11, 2014, or some other date which is convenient for the Court.

**IT IS SO STIPULATED.**

Dated: November 3, 2014

/s/ *Mary D. Walsh*
MARY D. WALSH
LITTLER MENDELSON, P.C.
Attorneys for Defendant
ESA MANAGEMENT, LLC

Dated: November 3, 2014

/s/ *Aaron Kaufmann*
AARON KAUFMANN
LEONARD CARDER, LLP
Attorneys for Plaintiffs
SELAMA WIT EMBAYE, MARK CORREA,
THOMAS MITCHELL, SANDRA PEREIRA,
YOLANDA SHIHEIBER and ENREE SMITH

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIP AND [PROPOSED] ORDER CONTINUING CMC      2.      (Case No. CV 14-03732 EMC)

1    **[PROPOSED] ORDER**

2    Based on the stipulation between the parties and for good cause shown, the Case

3    Management Conference currently scheduled in the above-captioned matter for November 14, 2014

4    is hereby continued to ___12/11___, 2014 at 9:30 a.m.   A joint CMC statement shall

5    be filed by 12/4/2014.

6    **IT IS SO ORDERED.**

9    Dated: 11/5/14

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Firmwide:129903585.1 052026.1072

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JOINT STIP AND [PROPOSED] ORDER CONTINUING CMC    3.    (Case No. CV 14-03732 EMC)