Aaron Kaufmann, State Bar No. 148580
Xochitl Lopez, State Bar No. 284909
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: (510) 272-0169
Fax: (510) 272-0174
E-mail: akaufmann@leonardcarder.com
E-mail: xlopez@leonardcarder.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SELAMAWIT EMBAYE, MARK CORREA, THOMAS MITCHELL, SANDRA PEREIRA, YOLANDA SHIHEIBER, and ENREE SMITH,<br><br>      Plaintiffs,<br><br>      v.<br><br>ESA MANAGEMENT, LLC (DBA "EXTENDED STAY AMERICA" and "EXTENDED STAY HOTELS"), and DOES 1 to 10 inclusive,<br><br>      Defendants. | Case No. 14-CV-3732 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING DECEMBER 11, 2014 CASE MANAGEMENT MINUTE ORDER** |

STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT MINUTE ORDER

1   The parties, through their respective counsel, hereby make the following stipulations and
2   request.
3   WHEREAS, on December 11, 2014 this Court entered a Case Management Minute Order
4   in which the parties were ordered to complete mediation by April 30, 2015 and Plaintiffs were
5   allowed to take three depositions and Defendant ESA Management ("ESA") were allowed to take
6   seven depositions prior to mediation.
7   WHEREAS, the parties have worked diligently to complete a first round of written
8   discovery in preparation for the pre-mediation depositions;
9   WHEREAS ESA has completed three of the seven depositions permitted prior to the
10  mediation and have scheduled the remaining four to take place by the end of March 2015.
11  WHEREAS Plaintiffs are anticipating deposing two defense witnesses in April 2015, after
12  they receive further production of documents from ESA.
13  WHEREAS, the parties have had difficulties scheduling a mediation to take place on or
14  before April 30, 2015 due to a variety of circumstances, including mediator availability, counsel
15  travel plans, arrangements to have one plaintiff return from out-of-state to sit for his deposition in
16  San Francisco, and coordinating the availability of the parties (including all seven plaintiffs, six of
17  whom are former employees of ESA and one who is expecting a baby in mid-April).
18  WHEREAS, after seeking appropriate dates from three different mediators, the parties have
19  now scheduled mediation with David Rotman on May 12, 2015.
20  Based upon these stipulations, the parties respectfully request the Court modify its previous
21  Case Management Minute Order to allow the parties until May 26, 2015 to complete mediation in
22  this matter.
23  The parties also respectfully request that the Court reschedule the Further Case
24  Management Conference, currently on calendar for May 14, 2015, to a date after the scheduled
25  mediation.
26  ///
27  ///
28

- 1 -
STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT MINUTE ORDER

All other dates, deadlines and obligations set forth in the Court's December 11, 2014 Case Management Minute Order shall remain unchanged.

DATED: February 20, 2015          By:     */s/ Aaron Kaufmann*
                                          Aaron Kaufmann
                                          Xochitl Lopez

                                          *Attorneys for Plaintiffs*

                                          LITTLER MENDELSON, PC

DATED: February 20, 2015          By:     */s/ Lindbergh Porter*
                                          Lindbergh Porter
                                          Mary Walsh

                                          *Attorneys for Defendant*

SIGNATURE UNDER LOCAL RULE 5-1(i)(3)

Pursuant to Local Rule 5-1(i)(3) of the United States District Court, Northern District of California, I, Aaron Kaufmann – the ECF User whose User ID and Password are used in the filing of this document – hereby attest that the authorization of the filing of this document has been obtained from the other signatory to this document.

DATED: February 20, 2015          By:     */s/Aaron Kaufmann*
                                          AARON KAUFMANN

IT IS HEREBY ORDERED that the Court's December 11, 2014 Case Management Minute Order is modified as follows:

1. The parties are to complete private mediation by May 26, 2015.

2. The current Further Case Management Conference, scheduled for May 14, 2015, is hereby vacated and rescheduled to ____June 18____, 2015. at 10:30 a.m.  Updated Joint CMC statement due June 11, 2015.

3. All other dates, deadlines and obligations set forth in the Court's December 11, 2014 Case Management Minute Order shall remain unchanged.

IT IS SO ORDERED.

DATED: 2/20/15 _____

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 3 -
STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT MINUTE ORDER