| | |
|---|---|
| 1 | Aaron Kaufmann, State Bar No. 148580 |
| | LEONARD CARDER, LLP |
| 2 | 1330 Broadway, Suite 1450 |
| | Oakland, CA 94612 |
| 3 | Tel: (510) 272-0169 |
| | Fax: (510) 272-0174 |
| 4 | E-mail: akaufmann@leonardcarder.com |
| 5 | Attorney for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SELAMAWIT EMBAYE, MARK CORREA, THOMAS MITCHELL, SANDRA PEREIRA, YOLANDA SHIHEIBER, and ENREE SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>ESA MANAGEMENT, LLC (DBA "EXTENDED STAY AMERICA" and "EXTENDED STAY HOTELS"), and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No.  14-CV-3732 EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT & REQUEST TO TAKE CASE MANAGEMENT CONFERENCE OFF CALENDAR**<br><br>Date:        June 18, 2015<br>Time:       10:30 am<br>Courtroom: 5, 17th Floor<br>Before:     Hon. Edward M. Chen |

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

1    The parties jointly submit this Case Management Statement pursuant to Federal Rule of
2    Civil Procedure 26(f), Civil Local Rule 16-9, and the Standing Order for All Judges of the
3    Northern District of California – Contents of Joint Case Management Statement.

4    The parties participated in an all-day, private mediation on May 12, 2015, which resulted in
5    the parties entering into a Memorandum of Understanding to settle all claims in this matter. The
6    parties subsequently entered into a superseding, full Settlement and Mutual Release Agreement
7    ("Settlement Agreement"), which was fully-executed on June 8, 2015. Pursuant to the terms of the
8    Settlement Agreement, plaintiffs have delivered to ESA's counsel a Stipulation of Dismissal with
9    prejudice. The Settlement Agreement authorizes ESA to file the Stipulation of Dismissal with the
10   Court upon full-payment of the settlement amount. Payment of the settlement amount should occur
11   in early July 2015, as provided by the Settlement Agreement.

12   In light of the settlement terms reached in this matter, the parties respectfully request that
13   the Case Management Conference scheduled for June 18, 2015 be taken off calendar.

Respectfully submitted,

LEONARD CARDER, LLP

DATED: June 8, 2015        By:    */s/ Aaron Kaufmann*
                                   Aaron Kaufmann

                                   *Attorneys for Plaintiffs*

LITTLER MENDELSON, PC

DATED: June 8, 2015        By:    */s/ Lindbergh Porter*
                                   Lindbergh Porter, Jr.
                                   Mary D. Walsh

                                   *Attorneys for Defendant*

IT IS SO ORDERED that the further cmc is reset from 6/18/15 to 7/30/15 at 10:30 a.m.  An updated joint CMC statement shall be filed by 7/23/15.  The CMC will be vacated once a stipulation for dismissal is filed.

_____
Edward M. Chen
U.S. District Judge

[Stamp: IT IS SO ORDERED AS MODIFIED, Judge Edward M. Chen]

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

1  SIGNATURE UNDER LOCAL RULE 5-1(i)(3)

2    Pursuant to Local Rule 5-1(i)(3) of the United States District Court, Northern District of

3  California, I, Aaron Kaufmann – the ECF User whose User ID and Password are used in the filing

4  of this document – hereby attest that the authorization of the filing of this document has been

5  obtained from the other signatory to this document.

6

7  DATED: June 8, 2015                    By:    /s/Aaron Kaufmann
                                                  AARON KAUFMANN
8