UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELAMAWIT EMBAYE, *et al.*,<br><br>      Plaintiffs,<br><br>   v.<br><br>ESA MANAGEMENT, LLC,<br><br>      Defendants.<br>_____/ | No. C-14-3732 EMC<br><br>**ORDER REGARDING STIPULATION OF DISMISSAL** |

On June 30, 2015, the parties filed a stipulation of dismissal of this action. Docket No. 32. The operative complaint alleges four causes of action brought under the California Labor Code, one cause of action pursuant to the UCL, and includes a claim for civil penalties under the Private Attorneys General Act (PAGA). *See* Docket No. 20 (Amended Complaint). Before the Court will dismiss the action, the parties shall inform the Court how the representative PAGA claims will be disposed of, and further inform the Court if there are any procedural requirements that must be satisfied in order to dismiss or compromise the representative PAGA claims at issue here. The parties shall file the requested information no later than Friday, July 10, 2015, and may do so under seal.

IT IS SO ORDERED.

Dated: July 1, 2015

_____
EDWARD M. CHEN
United States District Judge