Aaron Kaufmann, State Bar No. 148580
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: (510) 272-0169
Fax: (510) 272-0174
E-mail: akaufmann@leonardcarder.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELAMAWIT EMBAYE, MARK CORREA, THOMAS MITCHELL, SANDRA PEREIRA, YOLANDA SHIHEIBER, ENREE SMITH, and REBECCA DARNELL<br><br>Plaintiffs,<br><br>v.<br><br>ESA MANAGEMENT, LLC (DBA "EXTENDED STAY AMERICA" and "EXTENDED STAY HOTELS"), and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No.  14-CV-3732 EMC<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Respectfully submitted,


DATED: June 30, 2015                    By:    _/s/ Aaron Kaufmann_____
                                               Aaron Kaufmann
                                               LEONARD CARDER, LLP
                                               *Attorneys for Plaintiffs*




DATED: June 30, 2015                    By:    _/s/ Mary D. Walsh_____
                                               Mary D. Walsh
                                               LITTLER MENDELSON, P.C.
                                               *Attorneys for Defendant*

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

<u>SIGNATURE UNDER LOCAL RULE 5-1(i)(3)</u>

Pursuant to Local Rule 5-1(i)(3) of the United States District Court, Northern District of California, I, Mary D. Walsh – the ECF User whose User ID and Password are used in the filing of this document – hereby attest that the authorization of the filing of this document has been obtained from the other signatory to this document.

DATED: June 30, 2015                    By:     /s/ Mary D. Walsh
                                                MARY D. WALSH

Firmwide:134391541.1 052026.1072